UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60588-CIV-DIMITROULEAS/SNOW

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

NATIONWIDE CREDIT, INC.,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC. and AMERICAN
EXPRESS CENTURION BANK CORPORATION,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER came on to be heard on the parties' Joint Stipulation for Dismissal with Prejudice [DE 54], filed herein on January 24, 2013. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation for Dismissal with Prejudice [DE 54] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3.     The claims previously brought in this action by American Express Centurion Bank are not dismissed with prejudice as those claims have already been dismissed without prejudice. See [DE 45].

4.     Though the parties ask the Court to retain jurisdiction to enforce the settlement

agreement, the Court lacks the power to do so. See <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).

5. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 24th day of January, 2013.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record